RECEIVED

OCT 16 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **MICHAEL PALMER** | **CIVIL ACTION NO. 06-0838** |
| **VERSUS** | **SECTION "P"** |
| **WARDEN BURL CAIN** | **JUDGE MELANCON** |
| | **MAGISTRATE JUDGE METHVIN** |

## ORDER

CONSIDERING THE ABOVE AND FORGOING:

IT IS ORDERED, ADJUDGED AND DECREED, that the Respondent/Mover be allowed to supplement the record with pp. 408-471, the "Transcript of Evidentiary Hearing/Post Conviction Testimony As Directed by the Third Circuit Court of Appeals," in the above-captioned matter.

THUS DONE AND SIGNED at Lafayette, Louisiana this 16th day of October 2006.

_____
MAGISTRATE JUDGE METHVIN

4