UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPALESCE  DIVISION

| | |
|---|---|
| **MICHAEL PALMER** | **CIVIL ACTION NO. 06-0838** |
| **VERSUS** | **JUDGE MELANÇON** |
| **BURL CAIN, WARDEN** | **MAGISTRATE JUDGE METHVIN** |

JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Findings and Recommendation.  After an independent review of the record and petitioner's objections, the Court concludes that the Findings and Recommendation of the magistrate judge are correct and the Court adopts the conclusions set forth therein.  It is therefore

**ORDERED** that Michael Palmer's petition for *habeas corpus* is hereby **DENIED AND DISMISSED WITH PREJUDICE**.

Thus done and signed this 24th day of August, 2007 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE