UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **Palmer** | **Civil No. 6:06-0838** |
| versus | **Judge Tucker L. Melançon** |
| **Louisiana State Penitentiary** | **Magistrate Judge C. Michael Hill** |

## CERTIFICATE AS TO APPEALABILITY

Before the Court is a Notice of Appeal filed in the above captioned habeas corpus case, in which the detention complained of arises out of a final order issued by this Court.

After considering the entirety of the record in this case and the requirements of 28 U.S.C.§ 2253 and Federal Rule of Appellate Procedure 22(b), this Court hereby finds that a certificate of appealability should not issue for the following reasons:

The Court, having issued a final order on petitioner's Motion for Habeas Corpus pursuant to 28 U.S.C. § 2241 and § 2254 on August 24, 2007 [Rec. Doc.16], hereby finds there is no basis in law or fact, as demonstrated by this record, that petitioner is entitled to the relief he seeks.

Signed at Lafayette, Louisiana, this 11th day of September, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE